## STATE

v.

## Marta ORTIZ.

### No. 79–138–C.A.

Supreme Court of Rhode Island.

June 11, 1981.

Dennis J. Roberts II, Atty. Gen., Kathryn A. Panciera, Sp. Asst. Atty. Gen., for plaintiff.

Janice M. Weisfeld, Paula Rosin, Asst. Public Defenders, for defendant.

### ORDER

The state's motion to dismiss is denied.